USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/7/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,                                      25 Cr. 198 (ALC)


                                                               **ORDER**


              -against-


YONAIFRE GUTIERREZ,

-------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

       Arraignment set for **May 8, 2025**, at **12:00 p.m.**

SO ORDERED.

Dated: New York, New York
       May 7, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE