**MEMO ENDORSED**

```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC#: _____
                                                DATE FILED: 5/21/25
```

# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

May 9, 2025

Hon. Andrew L. Carter
United States District Court Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**Re: United States v. Yonaifre Gutierrez
25 Cr. 198 (ALC)**

Dear Judge Carter:

    I am the CJA attorney appointed to represent Mr. Gutierrez in the above-referenced matter. I write today to respectfully request permission for me to submit interim CJA vouchers for services rendered by me and appointed associate counsel Clara Kalhous, Esq. The granting of this application would assist counsel in the management of their practices.

    Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
5/21/25