**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/5/25

# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

June 4, 2025

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Yonaifre Gutierrez
25 Cr. 198(ALC)

Dear Judge Carter:

With the consent of the United States Attorney's Office per Michael Herman, Esq., I respectfully write to request a brief continuance of the conference currently scheduled for June 10th, 2025. I can report that the parties are in advance plea discussions but need some extra time to resolve the matter. The parties are available to appear on June 24, 2025 if that date is compatible with the Court's schedule. If not, please note that I will be out of state from June 26 through July 1, 2025 but available thereafter.

Please be advised that I consent to the exclusion of speedy trial time until the adjourned date set by the Court.

Thank you for your consideration and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties by ECF and e-mail

The application is **GRANTED**. The status conference is adjourned to 6/24/25 at 12 p.m. Time excluded from 6/10/25 to 6/24/25 in the interest of justice.
So Ordered.

6/5/25