UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

         - v. -

Yonaifre Gutierrez,

                Defendant.

-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-16-25

25-CR-198 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The June 24, 2025, Status Conference is being converted into a Change of Plea Hearing.

SO ORDERED.

Dated:    New York, New York
             June 16, 2025

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge